### A09A2060. THACKSTON v. THE STATE.
(716 SE2d 571)

DILLARD, Judge.

In *State v. Thackston*, 289 Ga. 412 (716 SE2d 517) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *Thackston v. State*, 303 Ga. App. 718 (694 SE2d 136) (2010). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ellington, C. J., Smith, P. J., Barnes, P. J., Miller, P. J., Phipps, P. J., Andrews, Mikell, Adams, Doyle, Blackwell, and McFadden, JJ., concur.*

DECIDED AUGUST 24, 2011.

*Steven A. Cook*, for appellant.
*David McDade, District Attorney, Thomas E. Kegley, James A. Dooley, Assistant District Attorneys*, for appellee.